IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Action No. 13-cr-00425-RBJ

UNITED STATES OF AMERICA,

v.

1. Timothy E. Walsh
2. Terrill M. Parker

Defendant.

ORDER SETTING TRIAL, DATES AND DEADLINES

This matter has been scheduled for a **three day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **December 9, 2013 at 9:00 a.m.** It is

ORDERED that a hearing on pretrial motions shall be held on **November 14, 2013 at 1:30 p.m.** the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado. It is further

ORDERED that all pretrial motions shall be filed by **November 1, 2013** and responses to these motions shall be filed by **November 12, 2013.** It is further

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

If the parties reach a disposition, the deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

DATED this day 22nd of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge